UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEAN RODEN,

    Plaintiff,

v.

                                     Case No. 19-cv-11963
                                     Hon. Matthew F. Leitman

TIMOTHY MOREY, *et al.*,

    Defendants.
_____/

## ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S OBJECTIONS TO REPORT AND RECOMMENDATION (ECF No. 31)

Now pending before the Court is Defendants' Motion for Summary Judgment (ECF No. 26). On April 26, 2023, Magistrate Judge Patricia T. Morris issued a Report and Recommendation (the "R&R"), in which she recommended that Defendants' motion be granted. (*See* R&R, ECF No. 28.) On June 16, 2023, Plaintiff Sean Roden filed Objections to the R&R. (*See* Obj., ECF No. 31.) Although Defendants' Response to Plaintiff's Objections is not yet due, the Court wants to be certain that a Response is filed. Accordingly, **IT IS HEREBY ORDERED** that Defendants shall file a Response to Plaintiff's Objections (ECF No. 31) by no later than **July 7, 2023**.

    **IT IS SO ORDERED.**

                                                     s/Matthew F. Leitman
                                                     MATTHEW F. LEITMAN
                                                     UNITED STATES DISTRICT JUDGE

Dated:  June 27, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 27, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126