UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEAN RODEN,

    Plaintiff,

v.

Case No. 19-cv-11963
Hon. Matthew F. Leitman

TIMOTHY MOREY, *et al.*,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants and against Plaintiff.

                                  KINIKIA ESSIX
                                  CLERK OF COURT

                      By:    s/Holly A. Ryan
                                  Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  July 11, 2023
Detroit, Michigan

1